# Exhibit B

```
 1              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                  JACKSONVILLE DIVISION

 3                  CASE NO. 3:21-CV-00448

 4
      THE OKAVAGE GROUP, LLC,
 5    on behalf of itself and
      all others similarly
 6    situated,

 7          Plaintiff,

 8       v.

 9    UWM HOLDINGS CORPORATION and
      MAT ISHBIA, individually,
10
            Defendants.
11    _____/

12

13

14         TRANSCRIPTION OF FACEBOOK LIVE VIDEO

15                  March 4, 2021

16

17
           Transcribed by Mary Ann Collier, a Court
18    Reporter and Notary Public for the State of Florida.

19

20

21

22

23

24

25
```

1      Hi there.  I'm Mat Ishbia, president and CEO

2  of UWM.  Welcome to Facebook Live.  Thanks for

3  being here with us.  We're so excited to have you

4  join.  We've got some big announcements.

5      I've got a couple of big things I'm excited

6  to tell you about, state of the industry, a new

7  jumbo loan and even more.  But before I wanted to

8  just say thank you.  Proud to be part of the

9  family, the broker family.  I'm all in with you

10  guys; you're all in with us.  I'm proud to be

11  part of it and excited about our future together

12  as a team, as a family.

13      Now, as you guys know, I'm out there as much

14  as possible, broker family.  Faster, easier,

15  cheaper.  We're all in for mortgage brokers,

16  helping independent mortgage companies succeed,

17  whether it's the national press or on national

18  television, or, you know, I'm always put out,

19  findamortgagebroker.com, help the brokers win,

20  brokers are best for consumers, brokers are best

21  for realtors.  Super Bowl commercial.  We did

22  that.  Helped you grow.  We're all in.  There's

23  no other way to say it.  You know, educating

24  realtors and consumers.  We're helping them

25  realize that you're the best place to go, the

1    independent mortgage companies, the mortgage

2    brokers.

3         And so our goal, my goal, 33 percent mortgage

4    broker market share by 2025.  Right now it's

5    anywhere between 17 and 22 percent, depending on

6    what numbers you look at.  But brokers are

7    growing and we're gonna to grow together as a

8    family.

9         You guys have a huge advantage over retail,

10   because you have options.  You have options of

11   different lender's, return times, pricing, and

12   you're always going to have options.  There's 75

13   amazing wholesale lenders out there, 75 amazing

14   wholesalers doing.  There may be more in the

15   future.

16        Options are key.  You have an advantage,

17   because it's faster, it's easier and it's

18   cheaper.  Technology investment.  And what we're

19   trying to do as brokers, and you guys know this,

20   is help you dominate, help make you invincible.

21   Give you access to marketing, give you access to

22   technology, so you can compete with the biggest

23   lenders in America.

24        We're here to help support you so you can

25   continue to win.  Because we already know you're

1    cheaper, you have a better price, because you're

2    in wholesale.  How to make it faster and easier,

3    and that' what we're going to continue to invest

4    in.

5        I've got some big technology rollouts coming

6    soon.  But we're not going to talk about that

7    stuff today.  I have three big things I want to

8    talk about today with you guys.  First thing is

9    this.  Prime jumbo.  The UWM prime jumbo is back.

10   We're pivoted to a simplified, easy, one-stop

11   product, where you can run it though DU, and,

12   boom, just like high balance nationwide, you're

13   good to go.  Run it through DU.  There's a couple

14   overlays, but a lot less, because Appendix Q,

15   right, that's going away where you don't have to

16   follow this.  So we have less overlays than those

17   high balance nationwide and jumbo bank buster.

18       But now you have one program called the Prime

19   Jumbo with amazing pricing.  Right?  Two million

20   dollar loan amounts, up to an 89.99 LTV on

21   purchases and rate and terms, and probably over

22   80 on cash out.  We're trying to get that just so

23   that the last little piece will work out.

24       This has come alive March 17th.  One product,

25   run through DU, simplified, great pricing, 45

```
 1          ETI, 89.99 LTV.  Brokers, we're going to win.
 2     We're going to help those jumbo borrowers,
 3     because pre-COVID, we were great on jumbo and you
 4     were great on jumbo.  We kind of backed off on it
 5     during COVID.  Now it's back.  Now we have the
 6     full suite of products, again, at UWM, from FHA,
 7     to the VA, to the conventional.  Of course, as
 8     guys know it now, prime jumbo is back in about
 9     two weeks, March 17th.  So be on the lookout.
10     We're real excited about that opportunity.
11          Now, speaking about products, Conquest, one
12     of the best products in America.  Consistently
13     has been great.  Help brokers close loans fast.
14     Help you win retail loans.  It's been great.
15     It's had its time and place.  It's been
16     successful, very successful.  But now we're going
17     to pivot.  We're going to pivot here at UWM.
18     We're all going to pivot together.
19          Conquest will still be out there, but our
20     regular programs, our elite programs, our
21     non-elite programs, our regular conventional,
22     FHA, VA, all those programs, those are going to
23     be the focus, simplifying the rate sheet, making
24     our rate policies, our rate sheet policies
25     better, to use it the way we always had it.
```

1    That's back.

2         And on top of it, the pricing's substantially

3    sharper across the board.  IPO 61 is over.  The

4    61 base points is now in the rate sheet.  All

5    right?  IPO 61 is over.  Sixty-one base points in

6    this rate sheet, like I just said, self-employed

7    now that matters.  Three properties, you're good.

8    Right?  There's no more complexities.

9         It's simple.  Use our regular pricing, elite

10   and non-elite, you're good to go with UWM, 61

11   base points in the pricing.  Lock plus 12 is now

12   in there, too.  You can lock on 30, 45, 60 day

13   locks.  Whatever you want.  There's higher rate

14   ranges, so if you want to have a little more

15   premium on there, it's out there.

16        Also, I'm throwing in more pricing, another

17   40 to 50 base points on top of the 61.  We are

18   going to be, if you look at the pricing that's

19   going to come out, so we're probably the best

20   price with everyone else chasing us, which is

21   great, I'm fine with that.  We're not going to

22   try to be the best price.  We are going to try to

23   be very consistent.

24        You know, the 61 base points is in.  Another

25   40 to 50 on top of that, we are going to grow

```
 1    together.  2.99, 2.875, those are real rates
 2    right now.  The refi boom didn't go anywhere.
 3    It's still here.  Take advantage with UWM.
 4    Purchases have been off the charts right now.
 5    We're blowing up our purchases.  Now you can use
 6    them on all your loans with UWM.
 7         You want investment properties, right?  You
 8    couldn't do that on Conquest.  Now you're good.
 9    Investment price.  There's no 18 month
10    requirement anymore.  That's done.  That was
11    Conquest.
12         You can do all your loans with UWM,
13    investment properties, cash outs, you know,
14    higher rate ranges, lower ranges, whatever you
15    need, self-employed, you don't need a 760 FICO, a
16    740 FICO.  Self-employed, you're good to go.
17         Our high balance pricing's really sharp.  Our
18    15 year pricing is really sharp.  We're going to
19    knock these loans out extremely fast.  It's what
20    it's for.  Guess what?  We're closing these loans
21    this month, every one of these loans.  Bring them
22    on in.  Let's dominate.  Let's finish the quarter
23    strong.  Let's continue to grow as a team.  We
24    went public.  We talked about that.  We had
25    access to resources.  It's time to turn it on.
```

1      It's game on for all of us.

2          Now, like I say, we're going to be consistent

3      on pricing across the board.  Our competitors are

4      going to follow us, so even the brokers that

5      don't use UWM, they got a big boost, because all

6      the other brokers, all of the lenders, excuse me,

7      will follow our pricing.  So if you look at

8      pricing yesterday and look at it tomorrow, watch

9      the difference and watch how everyone else is

10     just sharpening.  Keep up with UWM, so we're

11     helping the whole broker channel.

12         Why would we do that?  Because we're

13     separating retail from wholesale.  Enough of this

14     talk that retail is close to competing with us.

15     It's over.  It was a moment in time.  The market

16     was crazy.  Margins were different.  That's a

17     moment in time.

18         Brokers are dominating.  We're taking over

19     the market.  There's no stopping brokers.  We're

20     going to win together as a family.  I'm all in,

21     you're all in, we're all in together.

22         So look out for the rate sheet, 12:15 p.m.,

23     you know, a couple minutes from now.  It's going

24     to be out there.  It's live.  Get ready.  Our

25     competitors will follow us.  Now, whether you

1    work with us or not, everyone's getting the

2    advantage.

3         If you're a broker, you know who you just

4    lost?  Retail.  The retail losses, they're

5    struggling.  They're going to struggle, because

6    we just widened the gap, service, technology,

7    pricing, it's all there with UWM.  Let's dominate

8    together.

9         We're all in.  We're going to continue to

10    talk about findamortgagebroker.com.  We're going

11    to continue to help you grow.  We're all in for

12    brokers.  Faster, easier, cheaper.  Educate

13    realtors.  Help everyone win.  We want to

14    continue to help  you have a significant

15    advantage over the retail channel.  So our

16    pricing's sharp.  Look at it.  It's going to be

17    great.

18         Now, I have another big announcement before

19    we go, because I got a couple big things.  You

20    know, there's three big things.  One is jumbo,

21    prime jumbo is huge.  It's going to be great.

22    But pricing's game over.  Right?  Let's do this.

23    Let's take it to another level.  We're excited

24    about it.  Hoping you are, too.

25         Take a look at it.  Everyone is going to be

1    excited.  We're going to take loans.  We're

2    dominate for you.  Help you.  Now, there's no

3    float downs, just to be clear.  You can't float

4    down loans, you can't switch.  It's renew locks,

5    you know, that's what the new pricing's for.  But

6    we're going to grow together as a team, as a

7    family.  And so we're very excited about this.

8         Now, before we get to the last point, and I'm

9    talking about you growing, you succeeding, before

10   I get to the last point, pricing's great.  We

11   talked about success track is coming back.

12   Training, coaching, helping you get better.

13        I want to just point out a couple of things.

14   We've been doing it virtually, but back in May

15   and June, coming up in May and June, we're going

16   back out here.  You're welcome to come back out.

17   We have hundreds of people here a week.

18   Obviously, we will do the social distance, make

19   sure everyone's feeling comfortable and safe.

20   But we're getting ready to go.  We're going to

21   dominate together.

22        So on top of that we added a partner services

23   team, so you guys know.  It's brokers are trying

24   to do a lot of retail branch services or whatever

25   they call it.  We have partner services.  You

1    need help recruiting new LOs?  We got you.  You

2    need help with licensing?  We got you.  You need

3    any help with culture, training, we got it.

4    Marketing and branding, you need help with your

5    website, we got it.  Technology.  We are trying

6    to make the brokers invincible.  Our technology,

7    your team, our services, we're going to win

8    together.

9         Now, the last thing I want to talk about

10    before we go, and this is a big one, it's

11    important, because, listen, big goals, big goals,

12    big responsibilities on all of us.  Thirty-three

13    percent mortgage broker channel by 2025.  We're

14    going to get there as a family.  What's going to

15    stop us?  Nothing's stopping us.  We're getting

16    there.  We're getting there together so you guys

17    know.

18         Now, what can slow us down?  One thing is if

19    the loan officers don't come to the broker

20    channel or even leave the broker channel and go

21    to the retail channel.  That would hurt us.  That

22    would hurt you and that would hurt all of us

23    together.

24         Or let's think about it, purchases where we

25    all dominate.  What if real estate just stopped

1    referring business to brokers?  What if they try

2    to cut the loan officers and the brokers out?

3    Right?  Or if a consumer came to a broker and

4    then left and never came back.  Never referred

5    people to you.  Bad experience with a broker.

6    You know, what can we do?  Those things would

7    hurt us.

8         Well, let me talk about something.  There's

9    two companies out there that are hurting the

10    wholesale channel.  Right?  At UWM we only grow

11    if you grow.  I've got no chance.  I got 8500

12    plus people here.  We win when you win and all of

13    us win together.

14         But there's two companies out there hurting

15    the wholesale channel.  Specifically, Fairway

16    Independent.  They have a wholesale company

17    called Fairway Independent Wholesale.  They're

18    out there soliciting loan officers and talking

19    negatively about brokers right now.  They're

20    calling, trying to steal your loan officers, they

21    are soliciting them,  they are aggressive and

22    they're not doing right by the broker channels.

23         But some of our brokers are still referring

24    them loans, sending them loans.  That's not good.

25    Loan officers, we don't want them leaving.  We

```
1    want them coming to us, not leaving.  Fairway

2    Independent is out there trying to hurt the

3    wholesale channel.

4         The other company is Rocket Mortgage.

5    They're going after real estate agents.  They're

6    trying to cut the loan officer out.  They're

7    paying real estate agents to get licensed and

8    then paying them 50 basis points.  I don't know

9    what this is.  It's not my job to figure that

10   out.  Paying them 50 base point and cut the loss,

11   just refer them right to Rocket's partnership

12   team.  Cut the brokers out.  Cut the loan

13   officers out.  That's not good.  That's not good

14   for us.  That's not what we want.

15        The same thing with -- you know, we all know

16   Rocket Mortgage solicits your past clients and

17   solicits the -- they're -- once again, these are

18   their business models.  Fairway Independent and

19   Rocket Mortgage, whatever they want to do they

20   can do.  And as long as they play by the rules,

21   it's their rules, their world.

22        But that's not my business model.  My

23   business model is helping you win.  Helping the

24   family grow.  Being all in for brokers.  And I

25   can't stop other people's business models.  But
```

```
 1          what I can do, I can control my business model.
 2              So I'm starting today and saying at UWM,
 3          we're not helping those that help them.  If you
 4          work and send loans and send business to Fairway
 5          Independent or Rocket Mortgage, which, by the
 6          way, is about 25 percent of the broker channel
 7          works with either of those lenders.  So 35
 8          percent you can just ignore this whole point.
 9          But I wanted to point out, 25 percent work with
10          those lenders.  If you work with them, you can't
11          work with UWM anymore effective immediately.
12              So you can't work with UWM if you work with
13          those guys.  Because, you know what, I can't stop
14          you, but I'm not going to help you help the
15          people that are hurting the broker channel.
16              And that's what's going on right now.  We
17          don't need a fund, Fairway Independent or Rocket
18          Mortgage, to try to put brokers out of business.
19          We don't need to do that.  If you want to do
20          that, it's your own deal.  No hard feelings.
21          But at UWM, you can't work with UWM anymore.
22              So you have until -- so, owners, you have
23          until March 15th to sign an addendum saying
24          you're not working with those two lenders.
25          There's other lenders, by the way.  There's 75
```

 1        great lenders.  Those lenders, I don't agree with

 2        their business practices, but these two are going

 3        after the broker channel and so we're not helping

 4        them anymore.

 5            You have until March 15th to sign the

 6        addendum.  And if you don't sign the addendum,

 7        but, hey I'm not working with them, that's no

 8        problem.  Then you and nobody in your company

 9        will be able to work with UWM anymore.

10            And that's okay.  There's no hard feelings.

11        Right?  I don't have a problem.  You can either

12        accept the addendum, you can decline the

13        addendum, in which case you can say I don't want

14        to work with UWM, or you can accept it and say I

15        have some loans to close out, because we don't

16        want you to not close out the loans.  Close out

17        your loans.  Take care of consumers.

18            Even if you were to decline the addendum and

19        the loans you have with UWM, we're not going to

20        hurt the consumer.  We'll close every one of

21        those loans with you.  We're here to help and do

22        the right thing.

23            But, going forward, I'm not supporting

24        brokers with our technology, with our service,

25        with our passion for the broker channel, with our

 1    recruiting, with all the things that are going to

 2    hurt the rest of the broker channel by funding

 3    the competition of brokers, the competition of

 4    the wholesale channel.

 5         So here's the question.  Are you all in?  Are

 6    you out?  Are you in or are you out?  If you're

 7    in, like I said, most of you guys don't worry.

 8    This is what I think.  There's 75 great lenders

 9    out there.  You need to have options.  But

10    there's two that are out there hurting the

11    channel.

12         And so what we think about is this.  You can

13    pick us and the 73 other lenders or you can pick

14    those others and not have you.  But, either way.

15    Well, one of them has great pricing.  Well,

16    Provident has the best pricing.  All right.

17    There's nothing that those two lenders do for

18    brokers that the other 73 lenders don't do.  And

19    so today we're taking a stand.  We're saying

20    we're all in.

21         Now, what's the response?  I mean, this is

22    great for the whole broker channel, to be honest

23    with you, because I love brokers either way.

24    Even if you don't pick us, I still love you,

25    because I'm supportive of the channel and excited

1          for the channel's growth.

2               But, here's the reality.  Today, after our

3          rate sheet, or maybe tomorrow, Rocket Mortgage

4          and Fairway Independent, you know what they're

5          going to do?  Sharpen the price to another 100

6          basis points.  Make it so that if they -- they

7          just lost 80 percent of their business

8          potentially.  Right?  Because the only thing 80

9          to 90 percent of brokers are going to say, hey,

10         we're sticking with UWM and the other 73 lenders

11         that are out there trying to help us grow, not

12         with the people that are trying to put us out of

13         business.

14              So for the ten percent that stay with them,

15         hey, they're going to get some great pricing.

16         And then as soon as they know you're gone, UWM is

17         out of it, they'll probably back off the pricing

18         and change it.  But, hey, that's your decision.

19              That's what they're going to do.  They're

20         going to sharpen pricing.  You want great

21         pricing, there's a lot of great -- well, our

22         pricing is really sharp today and it's going to

23         be really sharp going forward.  But, like I said,

24         these guys just lost 70, 80, 90 percent of their

25         business, they're going to make some massive

1          changes right away.

2              And so I know that.  You know that.  But who

3          you are all in with?  Are you all in with the

4          brokers or are you all in with the people trying

5          to put brokers out of business?  So today, I'm

6          all in with you.  I'm all in with the brokers and

7          I'm going to always be all in.  That's what we're

8          doing.

9              Our pricing, extremely sharp today.  It's

10         going to be consistently sharp.  We're going to

11         help you win more loans.  We're going to help you

12         grow in the purchase market.  We're not going to

13         hurt you on the realtors; we're going to help you

14         with the realtors.

15             We're not going to, you know, sever loan

16         officers, we're going to help you get more loan

17         officers.  We're going to help you with your

18         consumers.  Our Plan 360, out new technology.

19         We've got some big tech stuff coming out.  We're

20         going to continue to invest, not hundreds of

21         millions, billions of dollars in the broker

22         channel and technology behind it.  That's how we

23         got here and that's how we're all going to get

24         there together.

25             So take a look at our amazing pricing. It's

```
 1          out.  Jumbo is coming soon.  And then the
 2          question is, you all in?  You all in with the
 3          broker channel?  Because I'm all in.  We're all
 4          in together as a family.
 5               Thanks for joining me.  If you have any
 6          questions, you can reach out to us.  We're
 7          excited.  Hashtag all in.  I know a lot of people
 8          are thinking right now that's how we're going to
 9          do it.  I'm all in.  You're all in.  Let's
10          dominate.
11               We're going to grow the broker channel.
12          We're going to grow every single loan officer.
13          Watch us.  We're going to win together.  I'm
14          excited to do it with you as a family.  Have a
15          great day.
16               (End of Facebook Live video.)
17
18
19
20
21
22
23
24
25
```

1                    <u>CERTIFICATE OF REPORTER</u>

2

3          I, MARY ANN COLLIER, Court Reporter, do

4    hereby certify that I was authorized to and did

5    stenographically transcribe the Facebook Live video,

6    and that the transcript is a true and complete record

7    of my stenographic notes of said Facebook Live video.

8

9          DATED this 16th day of June 2021.

10

11

12          *Mary Ann Collier*
            MARY ANN COLLIER

13

14

15

16

17

18

19

20

21

22

23

24

25