UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:21-cv-00448-BJD-JRK

THE OKAVAGE GROUP, LLC,
on behalf of itself and all others
similarly situated,

      *Plaintiff*,

        v.

UWM HOLDINGS CORPORATION and
MAT ISHBIA, individually,

      *Defendants*.
_____/

**DEFENDANT UWM HOLDINGS CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant UWM Holdings Corporation ("UWM"), pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement and states that UWM does not have a parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: July 20, 2021                Respectfully submitted,

                                          **GREENBERG TRAURIG, P.A.**
                                          401 East Las Olas Boulevard
                                          Suite 2000
                                          Fort Lauderdale, Florida 33301
                                          Telephone: 954-765-0500
                                          Telefax: 954-765-1477

                                          By:    */s/ Glenn E. Goldstein*
                                                          **Glenn E. Goldstein, Esquire**
                                                           Florida Bar No. 435260
                                                           Email: GoldsteinG@gtlaw.com

depasqualem@gtlaw.com
FLService@gtlaw.com

**Avi Benayoun, Esquire**
Florida Bar No. 0151696
Email: benayouna@gtlaw.com
yeargina@gtlaw.com

and

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717
**Stephanie Peral, Esquire**
Florida Bar No. 119324
Email: perals@gtlaw.com
collazoe@gtlaw.com

*Attorneys for Defendants UWM Holdings Corporation and Mat Ishbia*

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Glenn E. Goldstein*
GLENN E. GOLDSTEIN