# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE OKAVAGE GROUP, LLC,
on behalf of itself and all others
similarly situated,

        Plaintiff,

v.                                         Case No. 3:21-cv-448-BJD-JRK

UWM HOLDINGS CORPORATION
and MAT ISHBIA, individually,

        Defendants.

## O R D E R

1. Plaintiff's Amended Unopposed Motion for Leave to Amend Class Action Complaint and Supporting Memorandum of Law (Doc. No. 29), filed August 2, 2021, is **GRANTED**.

2. The Clerk of Court shall file the First Amended Class Action Complaint and its attachment (Doc. Nos. 29-1 through 29-2) as of the date of this Order.

3. Defendants shall respond to the First Amended Class Action Complaint within the time permitted by the Federal Rules of Civil Procedure.

4. In light of the foregoing, Defendants' Motion to Dismiss Class Action Complaint Pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) and Memorandum of Law in Support (Doc. No. 16) and Defendants' Motion to Stay Discovery Pending Ruling on Defendants' Dispositive Motion to Dismiss and Incorporated Memorandum of Law (Doc. No. 17), both filed June 18, 2021, are **DENIED as moot**.

5. Pursuant to the Court's July 21, 2021 Order (Doc. No. 26), the parties shall have up to and including **August 17, 2021** to file a joint case management report.

**DONE AND ORDERED** in Jacksonville, Florida on August 3, 2021.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record