# Exhibit A

# YOUNITED



June 22, 2021

Daniel O'Kavage

The Okavage Group, LLC

300 Kingsley Lake Drive, Suite 402

St. Augustine, FL 32092

RE: Termination of Broker ID: FL12757

Dear Daniel O'Kavage,

This correspondence is to serve as written notice of termination of your wholesale agreement by and between your firm and United Wholesale Mortgage. To the extent your firm has separate and distinct agreements with our company; those agreements also have been deemed terminated.

This termination shall be effective immediately. You are reminded that such agreement in no way relieves your firm of any liabilities under the terms of any agreement with regard to loans submitted prior to the date hereof.

Sincerely,

Client Priority Support Team

cc:     Allen Beydoun, EVP UWM Sales

         Jordan Reeser, Divisional Leader

         Michael Addison, Account Executive