**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF**
**FLORIDA**
**JACKSONVILLE DIVISION**

THE OKAVAGE GROUP, LLC,
on behalf of itself and all others
similarly situated,

    Plaintiff,

CASE NO.   3:21-cv-00448

v.

UWM HOLDINGS CORPORATION, and
MAT ISHBIA, individually,

    Defendants.

_____/

**JOINT AND UNOPPOSED MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES CONTAINED IN CASE MANAGEMENT ORDER**

Plaintiff, THE OKAVAGE GROUP, LLC ("Okavage" or "Plaintiff"), by and through undersigned counsel, and Defendants United Wholesale Mortgage LLC and Mathew Ishbia, jointly and respectfully move the Court to extend/suspend certain pretrial deadlines contained in the Court's Case Management Order (Doc. 44, filed August 23, 2021), based on: (1) the pending Order staying all discovery, entered September 30, 2021 (ECF Doc. No. 51); (2) the pending Motion by Plaintiff for Limited Discovery regarding Jurisdictional Issues (ECF Doc. No. 52); (3) Defendants' pending Motion to Dismiss, filed September 8, 2021 (ECF Doc. No. 46); and (4) the assignment of a new Magistrate Judge in this case on November 16, 2021 (ECF Doc. No. 57).  In support of this motion, Plaintiff and Defendants state as follows:

1

1. Plaintiff filed its Complaint on or about April 23, 2021. In the Complaint, Plaintiff seeks to represent a class of mortgage brokers that currently are or have been clients of UWM and non-parties Fairway Independent Mortgage or Rocket Pro TPO in connection with UWM's proposed addendum to its broker agreements. The Complaint brings the following nine claims against Defendants: (i) unlawful restraint of trade in violation of 15 U.S.C. § 1; (ii) unlawful steering in violation of 15 U.S.C. § 1; (iii) attempted monopoly in violation of 15 U.S.C. § 2; (iv) unlawful restraint of trade in violation of Fla. Stat. § 542.18; (v) unlawful steering in violation of Fla. Stat. § 542.18; (vi) attempted monopoly in violation of Fla. Stat. § 542.18; (vii) tortious interference with business relationships; (viii) violation of Florida's Deceptive and Unfair Trade Practices Act; and (ix) declaratory relief pursuant to 28 U.S.C. §§ 2201-2202.

2. Plaintiff amended its Class Action Complaint, with leave of Court, on August 4, 2021 (ECF Doc. No. 32). On September 8, 2021, Defendants filed a lengthy Motion to Dismiss and Memorandum of Law (ECF Doc. No. 46) in response to the Amended Complaint. Plaintiff filed a lengthy Brief in Opposition to the Motion to Dismiss on October 28, 2021 (ECF Doc. No. 53). With regard to Defendant Ishbia's motion to dismiss based on lack of personal jurisdiction, Plaintiff filed a Motion for Limited Discovery on October 20, 2021. Both the Motion to Dismiss and Motion for Limited Discovery have been fully briefed and are pending before the Court.

3. For good cause, the Parties respectfully submit that all pre-trial deadlines on or before August 31, 2022, should be suspended pending the Court's ruling(s) on

the Motion to Dismiss (ECF Doc. No. 46) and Plaintiff's Motion for Limited Discovery (ECF Doc. No. 52). This would include the January 10, 2022, deadline for adding additional parties and amending pleadings, the June through August deadlines for expert reports, and the August 31, 2022, deadline for class certification.

4.      Counsel for all Parties agree to the relief requested herein.

5.      This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause. Both Parties believe good cause exists for this motion. Neither the Parties nor the Court will be prejudiced by the relief requested.

6.      For the foregoing reasons, the Parties request that the Court enter an Order granting the relief set forth herein.

**WHEREFORE**, the Parties respectfully request the Court enter an order suspending all deadlines which fall on and before August 31, 2022 as set forth in the Case Management Order, and rescheduling those deadlines based on the date that Defendants' Motion to Dismiss, and Plaintiff's Motion for Limited Discovery, are ruled upon by the Court, and such other relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATE

Undersigned counsel has conferred with Defendants' counsel regarding this Motion and Defendants' counsel does not oppose the relief requested herein.

>                 /s/Robert H. Goodman
>                 Robert H. Goodman

AGREED:

Respectfully Submitted,

| | |
|---|---|
| **PARRISH & GOODMAN, PLLC** | **GREENBERG TRAURIG, P.A.** |
| */s/ Robert H. Goodman* | 401 East Las Olas Boulevard |
| ROBERT H. GOODMAN, ESQUIRE | Suite 2000 |
| Florida Bar No.: 1008059 | Fort Lauderdale, Florida 33301 |
| 13031 McGregor Blvd., Suite 8 | Telephone: 954-765-0500 |
| Fort Myers, Florida 33919 | Telefax: 954-765-1477 |
| Phone: (813) 643-4529 | */s/ Glenn E. Goldstein* |
| Facsimile: (813) 315-6535 | **Glenn E. Goldstein, Esquire** |
| Primary: rgoodman@parrishgoodman.com | Florida Bar No. 435260 |
| Secondary: admin@parrishgoodman.com | Email: GoldsteinG@gtlaw.com |
| AND | depasqualem@gtlaw.com |
| JOSEPH E. PARRISH, ESQUIRE | FLService@gtlaw.com |
| Florida Bar. No: 690058 | **Avi Benayoun, Esquire** |
| Primary: jparrish@parrishgoodman.com | Florida Bar No. 0151696 |
| Secondary: admin@parrishgoodman.com | Email: benayouna@gtlaw.com |
| | yeargina@gtlaw.com |
| ***Counsel for Plaintiff*** | AND |
| | **GREENBERG TRAURIG, P.A.** |
| | 333 S.E. 2nd Avenue |
| | Suite 4400 |
| | Miami, FL 33131 |
| | Telephone: 305-579-0500 |
| | Facsimile: 305-579-0717 |
| | **Stephanie Peral, Esquire** |
| | Florida Bar No. 119324 |
| | Email: perals@gtlaw.com |
| | collazoe@gtlaw.com |
| | |
| | *Attorneys for Defendants United Wholesale Mortgage, LLC and Mathew Ishbia* |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 6th day of January, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: January 6, 2022

                                                                     /s/ Robert H. Goodman
                                                                      *Attorney for Plaintiff*