United States District Court
Middle District of Florida
Jacksonville Division

THE OKAVAGE GROUP, LLC
ON BEHALF OF ITSELF AND
ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.                                            NO. 3:21-cv-448-BJD-LLL

UNITED WHOLESALE MORTGAGE,
LLC AND MATTHEW ISHBIA,
INDIVIDUALLY,

    Defendants.

_____

**Order Denying Motion for Discovery**

Before the Court is plaintiff's Motion for Limited Discovery, doc. 52, and defendants' response opposing the motion, doc. 56. Plaintiff requests the Court order "limited discovery related to the issue of personal jurisdiction while the Court is considering the remainder of Defendants' Motion to Dismiss the First Amended Class Action." Doc. 52 at 2.[1] Defendants counter that 1) jurisdictional allegations in the amended complaint, doc. 32, regarding Defendant Matthew Ishbia are facially inadequate; and 2) the motion fails to identify the discovery sought or how it may support its argument the Court has personal jurisdiction over Ishbia.

---

[1] The Honorable Judge Brian J. Davis stayed discovery pending further order of the Court, doc. 50.

For the reasons outlined in my report and recommendation, doc. 61 at section II, p. 18-21, I find the allegations in the amended complaint are inadequate to establish personal jurisdiction over Ishbia. Additionally, I find the motion must be denied because the plaintiff failed to identify what it thinks "could or should be discovered." *Posner v. Essex Inc. Co.*, 178 F.3d 1209, 1214 n.7 (11th Cir. 1999). *See also Instabook Corp. v. Instantpublisher.com*, 469 F. Supp. 2d 1120, 1127 (M.D. Fla. 2006) (holding general requests for discovery do not warrant jurisdictional discovery).

For these reasons, it is **ordered** that plaintiff's Motion for Limited Discovery Necessary to Refute Defendant Ishbia's Challenge to Personal Jurisdiction, doc. 52, is **denied without prejudice**.

**Ordered** in Jacksonville, Florida, on July 29, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c.

Avi Benayoun, Esquire
Glenn E. Goldstein, Esquire
Stephanie Peral, Esquire
Joseph E. Parrish, Esquire
Robert H. Goodman, Esquire