# Exhibit B

```
 1              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                  JACKSONVILLE DIVISION

 3                  CASE NO. 3:21-CV-00448

 4

    THE OKAVAGE GROUP, LLC,
 5  on behalf of itself and
    all others similarly
 6  situated,

 7        Plaintiff,

 8     v.

 9  UWM HOLDINGS CORPORATION and
    MAT ISHBIA, individually,
10
          Defendants.
11  _____/

12

13

14         TRANSCRIPTION OF FACEBOOK LIVE VIDEO

15                  March 4, 2021

16

17

18     Transcribed by Mary Ann Collier, a Court
    Reporter and Notary Public for the State of Florida.

19

20

21

22

23

24

25
```

1          Hi there.  I'm Mat Ishbia, president and CEO
2     of UWM.  Welcome to Facebook Live.  Thanks for
3     being here with us.  We're so excited to have you
4     join.  We've got some big announcements.
5          I've got a couple of big things I'm excited
6     to tell you about, state of the industry, a new
7     jumbo loan and even more.  But before I wanted to
8     just say thank you.  Proud to be part of the
9     family, the broker family.  I'm all in with you
10    guys; you're all in with us.  I'm proud to be
11    part of it and excited about our future together
12    as a team, as a family.
13         Now, as you guys know, I'm out there as much
14    as possible, broker family.  Faster, easier,
15    cheaper.  We're all in for mortgage brokers,
16    helping independent mortgage companies succeed,
17    whether it's the national press or on national
18    television, or, you know, I'm always put out,
19    findamortgagebroker.com, help the brokers win,
20    brokers are best for consumers, brokers are best
21    for realtors.  Super Bowl commercial.  We did
22    that.  Helped you grow.  We're all in.  There's
23    no other way to say it.  You know, educating
24    realtors and consumers.  We're helping them
25    realize that you're the best place to go, the

1      independent mortgage companies, the mortgage

2      brokers.

3           And so our goal, my goal, 33 percent mortgage

4      broker market share by 2025.  Right now it's

5      anywhere between 17 and 22 percent, depending on

6      what numbers you look at.  But brokers are

7      growing and we're gonna to grow together as a

8      family.

9           You guys have a huge advantage over retail,

10     because you have options.  You have options of

11     different lender's, return times, pricing, and

12     you're always going to have options.  There's 75

13     amazing wholesale lenders out there, 75 amazing

14     wholesalers doing.  There may be more in the

15     future.

16          Options are key.  You have an advantage,

17     because it's faster, it's easier and it's

18     cheaper.  Technology investment.  And what we're

19     trying to do as brokers, and you guys know this,

20     is help you dominate, help make you invincible.

21     Give you access to marketing, give you access to

22     technology, so you can compete with the biggest

23     lenders in America.

24          We're here to help support you so you can

25     continue to win.  Because we already know you're

```
1          cheaper, you have a better price, because you're

2          in wholesale.  How to make it faster and easier,

3          and that' what we're going to continue to invest

4          in.

5               I've got some big technology rollouts coming

6          soon.  But we're not going to talk about that

7          stuff today.  I have three big things I want to

8          talk about today with you guys.  First thing is

9          this.  Prime jumbo.  The UWM prime jumbo is back.

10         We're pivoted to a simplified, easy, one-stop

11         product, where you can run it though DU, and,

12         boom, just like high balance nationwide, you're

13         good to go.  Run it through DU.  There's a couple

14         overlays, but a lot less, because Appendix Q,

15         right, that's going away where you don't have to

16         follow this.  So we have less overlays than those

17         high balance nationwide and jumbo bank buster.

18              But now you have one program called the Prime

19         Jumbo with amazing pricing.  Right?  Two million

20         dollar loan amounts, up to an 89.99 LTV on

21         purchases and rate and terms, and probably over

22         80 on cash out.  We're trying to get that just so

23         that the last little piece will work out.

24              This has come alive March 17th.  One product,

25         run through DU, simplified, great pricing, 45
```

1    ETI, 89.99 LTV.  Brokers, we're going to win.

2    We're going to help those jumbo borrowers,

3    because pre-COVID, we were great on jumbo and you

4    were great on jumbo.  We kind of backed off on it

5    during COVID.  Now it's back.  Now we have the

6    full suite of products, again, at UWM, from FHA,

7    to the VA, to the conventional.  Of course, as

8    guys know it now, prime jumbo is back in about

9    two weeks, March 17th.  So be on the lookout.

10   We're real excited about that opportunity.

11        Now, speaking about products, Conquest, one

12   of the best products in America.  Consistently

13   has been great.  Help brokers close loans fast.

14   Help you win retail loans.  It's been great.

15   It's had its time and place.  It's been

16   successful, very successful.  But now we're going

17   to pivot.  We're going to pivot here at UWM.

18   We're all going to pivot together.

19        Conquest will still be out there, but our

20   regular programs, our elite programs, our

21   non-elite programs, our regular conventional,

22   FHA, VA, all those programs, those are going to

23   be the focus, simplifying the rate sheet, making

24   our rate policies, our rate sheet policies

25   better, to use it the way we always had it.

1      That's back.

2          And on top of it, the pricing's substantially

3      sharper across the board.  IPO 61 is over.  The

4      61 base points is now in the rate sheet.  All

5      right?  IPO 61 is over.  Sixty-one base points in

6      this rate sheet, like I just said, self-employed

7      now that matters.  Three properties, you're good.

8      Right?  There's no more complexities.

9          It's simple.  Use our regular pricing, elite

10     and non-elite, you're good to go with UWM, 61

11     base points in the pricing.  Lock plus 12 is now

12     in there, too.  You can lock on 30, 45, 60 day

13     locks.  Whatever you want.  There's higher rate

14     ranges, so if you want to have a little more

15     premium on there, it's out there.

16         Also, I'm throwing in more pricing, another

17     40 to 50 base points on top of the 61.  We are

18     going to be, if you look at the pricing that's

19     going to come out, so we're probably the best

20     price with everyone else chasing us, which is

21     great, I'm fine with that.  We're not going to

22     try to be the best price.  We are going to try to

23     be very consistent.

24         You know, the 61 base points is in.  Another

25     40 to 50 on top of that, we are going to grow

```
 1         together.  2.99, 2.875, those are real rates
 2         right now.  The refi boom didn't go anywhere.
 3         It's still here.  Take advantage with UWM.
 4         Purchases have been off the charts right now.
 5         We're blowing up our purchases.  Now you can use
 6         them on all your loans with UWM.
 7              You want investment properties, right?  You
 8         couldn't do that on Conquest.  Now you're good.
 9         Investment price.  There's no 18 month
10         requirement anymore.  That's done.  That was
11         Conquest.
12              You can do all your loans with UWM,
13         investment properties, cash outs, you know,
14         higher rate ranges, lower ranges, whatever you
15         need, self-employed, you don't need a 760 FICO, a
16         740 FICO.  Self-employed, you're good to go.
17              Our high balance pricing's really sharp.  Our
18         15 year pricing is really sharp.  We're going to
19         knock these loans out extremely fast.  It's what
20         it's for.  Guess what?  We're closing these loans
21         this month, every one of these loans.  Bring them
22         on in.  Let's dominate.  Let's finish the quarter
23         strong.  Let's continue to grow as a team.  We
24         went public.  We talked about that.  We had
25         access to resources.  It's time to turn it on.
```

1        It's game on for all of us.

2            Now, like I say, we're going to be consistent

3        on pricing across the board.  Our competitors are

4        going to follow us, so even the brokers that

5        don't use UWM, they got a big boost, because all

6        the other brokers, all of the lenders, excuse me,

7        will follow our pricing.  So if you look at

8        pricing yesterday and look at it tomorrow, watch

9        the difference and watch how everyone else is

10       just sharpening.  Keep up with UWM, so we're

11       helping the whole broker channel.

12           Why would we do that?  Because we're

13       separating retail from wholesale.  Enough of this

14       talk that retail is close to competing with us.

15       It's over.  It was a moment in time.  The market

16       was crazy.  Margins were different.  That's a

17       moment in time.

18           Brokers are dominating.  We're taking over

19       the market.  There's no stopping brokers.  We're

20       going to win together as a family.  I'm all in,

21       you're all in, we're all in together.

22           So look out for the rate sheet, 12:15 p.m.,

23       you know, a couple minutes from now.  It's going

24       to be out there.  It's live.  Get ready.  Our

25       competitors will follow us.  Now, whether you

1         work with us or not, everyone's getting the
2         advantage.
3             If you're a broker, you know who you just
4         lost?  Retail.  The retail losses, they're
5         struggling.  They're going to struggle, because
6         we just widened the gap, service, technology,
7         pricing, it's all there with UWM.  Let's dominate
8         together.
9             We're all in.  We're going to continue to
10        talk about findamortgagebroker.com.  We're going
11        to continue to help you grow.  We're all in for
12        brokers.  Faster, easier, cheaper.  Educate
13        realtors.  Help everyone win.  We want to
14        continue to help  you have a significant
15        advantage over the retail channel.  So our
16        pricing's sharp.  Look at it.  It's going to be
17        great.
18            Now, I have another big announcement before
19        we go, because I got a couple big things.  You
20        know, there's three big things.  One is jumbo,
21        prime jumbo is huge.  It's going to be great.
22        But pricing's game over.  Right?  Let's do this.
23        Let's take it to another level.  We're excited
24        about it.  Hoping you are, too.
25            Take a look at it.  Everyone is going to be

1     excited.  We're going to take loans.  We're
2     dominate for you.  Help you.  Now, there's no
3     float downs, just to be clear.  You can't float
4     down loans, you can't switch.  It's renew locks,
5     you know, that's what the new pricing's for.  But
6     we're going to grow together as a team, as a
7     family.  And so we're very excited about this.

8          Now, before we get to the last point, and I'm
9     talking about you growing, you succeeding, before
10    I get to the last point, pricing's great.  We
11    talked about success track is coming back.
12    Training, coaching, helping you get better.

13         I want to just point out a couple of things.
14    We've been doing it virtually, but back in May
15    and June, coming up in May and June, we're going
16    back out here.  You're welcome to come back out.
17    We have hundreds of people here a week.
18    Obviously, we will do the social distance, make
19    sure everyone's feeling comfortable and safe.
20    But we're getting ready to go.  We're going to
21    dominate together.

22         So on top of that we added a partner services
23    team, so you guys know.  It's brokers are trying
24    to do a lot of retail branch services or whatever
25    they call it.  We have partner services.  You

1    need help recruiting new LOs?  We got you.  You

2    need help with licensing?  We got you.  You need

3    any help with culture, training, we got it.

4    Marketing and branding, you need help with your

5    website, we got it.  Technology.  We are trying

6    to make the brokers invincible.  Our technology,

7    your team, our services, we're going to win

8    together.

9         Now, the last thing I want to talk about

10   before we go, and this is a big one, it's

11   important, because, listen, big goals, big goals,

12   big responsibilities on all of us.  Thirty-three

13   percent mortgage broker channel by 2025.  We're

14   going to get there as a family.  What's going to

15   stop us?  Nothing's stopping us.  We're getting

16   there.  We're getting there together so you guys

17   know.

18        Now, what can slow us down?  One thing is if

19   the loan officers don't come to the broker

20   channel or even leave the broker channel and go

21   to the retail channel.  That would hurt us.  That

22   would hurt you and that would hurt all of us

23   together.

24        Or let's think about it, purchases where we

25   all dominate.  What if real estate just stopped

1          referring business to brokers?  What if they try

2          to cut the loan officers and the brokers out?

3          Right?  Or if a consumer came to a broker and

4          then left and never came back.  Never referred

5          people to you.  Bad experience with a broker.

6          You know, what can we do?  Those things would

7          hurt us.

8               Well, let me talk about something.  There's

9          two companies out there that are hurting the

10         wholesale channel.  Right?  At UWM we only grow

11         if you grow.  I've got no chance.  I got 8500

12         plus people here.  We win when you win and all of

13         us win together.

14              But there's two companies out there hurting

15         the wholesale channel.  Specifically, Fairway

16         Independent.  They have a wholesale company

17         called Fairway Independent Wholesale.  They're

18         out there soliciting loan officers and talking

19         negatively about brokers right now.  They're

20         calling, trying to steal your loan officers, they

21         are soliciting them,  they are aggressive and

22         they're not doing right by the broker channels.

23              But some of our brokers are still referring

24         them loans, sending them loans.  That's not good.

25         Loan officers, we don't want them leaving.  We

1    want them coming to us, not leaving.  Fairway

2    Independent is out there trying to hurt the

3    wholesale channel.

4        The other company is Rocket Mortgage.

5    They're going after real estate agents.  They're

6    trying to cut the loan officer out.  They're

7    paying real estate agents to get licensed and

8    then paying them 50 basis points.  I don't know

9    what this is.  It's not my job to figure that

10   out.  Paying them 50 base point and cut the loss,

11   just refer them right to Rocket's partnership

12   team.  Cut the brokers out.  Cut the loan

13   officers out.  That's not good.  That's not good

14   for us.  That's not what we want.

15       The same thing with -- you know, we all know

16   Rocket Mortgage solicits your past clients and

17   solicits the -- they're -- once again, these are

18   their business models.  Fairway Independent and

19   Rocket Mortgage, whatever they want to do they

20   can do.  And as long as they play by the rules,

21   it's their rules, their world.

22       But that's not my business model.  My

23   business model is helping you win.  Helping the

24   family grow.  Being all in for brokers.  And I

25   can't stop other people's business models.  But

```
 1            what I can do, I can control my business model.

 2                 So I'm starting today and saying at UWM,

 3            we're not helping those that help them.  If you

 4            work and send loans and send business to Fairway

 5            Independent or Rocket Mortgage, which, by the

 6            way, is about 25 percent of the broker channel

 7            works with either of those lenders.  So 35

 8            percent you can just ignore this whole point.

 9            But I wanted to point out, 25 percent work with

10            those lenders.  If you work with them, you can't

11            work with UWM anymore effective immediately.

12                 So you can't work with UWM if you work with

13            those guys.  Because, you know what, I can't stop

14            you, but I'm not going to help you help the

15            people that are hurting the broker channel.

16                 And that's what's going on right now.  We

17            don't need a fund, Fairway Independent or Rocket

18            Mortgage, to try to put brokers out of business.

19            We don't need to do that.  If you want to do

20            that, it's your own deal.  No hard feelings.

21            But at UWM, you can't work with UWM anymore.

22                 So you have until -- so, owners, you have

23            until March 15th to sign an addendum saying

24            you're not working with those two lenders.

25            There's other lenders, by the way.  There's 75
```

1       great lenders.  Those lenders, I don't agree with

2       their business practices, but these two are going

3       after the broker channel and so we're not helping

4       them anymore.

5              You have until March 15th to sign the

6       addendum.  And if you don't sign the addendum,

7       but, hey I'm not working with them, that's no

8       problem.  Then you and nobody in your company

9       will be able to work with UWM anymore.

10             And that's okay.  There's no hard feelings.

11      Right?  I don't have a problem.  You can either

12      accept the addendum, you can decline the

13      addendum, in which case you can say I don't want

14      to work with UWM, or you can accept it and say I

15      have some loans to close out, because we don't

16      want you to not close out the loans.  Close out

17      your loans.  Take care of consumers.

18             Even if you were to decline the addendum and

19      the loans you have with UWM, we're not going to

20      hurt the consumer.  We'll close every one of

21      those loans with you.  We're here to help and do

22      the right thing.

23             But, going forward, I'm not supporting

24      brokers with our technology, with our service,

25      with our passion for the broker channel, with our

1    recruiting, with all the things that are going to

2    hurt the rest of the broker channel by funding

3    the competition of brokers, the competition of

4    the wholesale channel.

5         So here's the question.  Are you all in?  Are

6    you out?  Are you in or are you out?  If you're

7    in, like I said, most of you guys don't worry.

8    This is what I think.  There's 75 great lenders

9    out there.  You need to have options.  But

10   there's two that are out there hurting the

11   channel.

12        And so what we think about is this.  You can

13   pick us and the 73 other lenders or you can pick

14   those others and not have you.  But, either way.

15   Well, one of them has great pricing.  Well,

16   Provident has the best pricing.  All right.

17   There's nothing that those two lenders do for

18   brokers that the other 73 lenders don't do.  And

19   so today we're taking a stand.  We're saying

20   we're all in.

21        Now, what's the response?  I mean, this is

22   great for the whole broker channel, to be honest

23   with you, because I love brokers either way.

24   Even if you don't pick us, I still love you,

25   because I'm supportive of the channel and excited

1        for the channel's growth.

2            But, here's the reality.  Today, after our

3        rate sheet, or maybe tomorrow, Rocket Mortgage

4        and Fairway Independent, you know what they're

5        going to do?  Sharpen the price to another 100

6        basis points.  Make it so that if they -- they

7        just lost 80 percent of their business

8        potentially.  Right?  Because the only thing 80

9        to 90 percent of brokers are going to say, hey,

10       we're sticking with UWM and the other 73 lenders

11       that are out there trying to help us grow, not

12       with the people that are trying to put us out of

13       business.

14           So for the ten percent that stay with them,

15       hey, they're going to get some great pricing.

16       And then as soon as they know you're gone, UWM is

17       out of it, they'll probably back off the pricing

18       and change it.  But, hey, that's your decision.

19           That's what they're going to do.  They're

20       going to sharpen pricing.  You want great

21       pricing, there's a lot of great -- well, our

22       pricing is really sharp today and it's going to

23       be really sharp going forward.  But, like I said,

24       these guys just lost 70, 80, 90 percent of their

25       business, they're going to make some massive

1      changes right away.

2           And so I know that.  You know that.  But who

3      you are all in with?  Are you all in with the

4      brokers or are you all in with the people trying

5      to put brokers out of business?  So today, I'm

6      all in with you.  I'm all in with the brokers and

7      I'm going to always be all in.  That's what we're

8      doing.

9           Our pricing, extremely sharp today.  It's

10     going to be consistently sharp.  We're going to

11     help you win more loans.  We're going to help you

12     grow in the purchase market.  We're not going to

13     hurt you on the realtors; we're going to help you

14     with the realtors.

15          We're not going to, you know, sever loan

16     officers, we're going to help you get more loan

17     officers.  We're going to help you with your

18     consumers.  Our Plan 360, out new technology.

19     We've got some big tech stuff coming out.  We're

20     going to continue to invest, not hundreds of

21     millions, billions of dollars in the broker

22     channel and technology behind it.  That's how we

23     got here and that's how we're all going to get

24     there together.

25          So take a look at our amazing pricing. It's

```
 1        out.  Jumbo is coming soon.  And then the
 2        question is, you all in?  You all in with the
 3        broker channel?  Because I'm all in.  We're all
 4        in together as a family.
 5            Thanks for joining me.  If you have any
 6        questions, you can reach out to us.  We're
 7        excited.  Hashtag all in.  I know a lot of people
 8        are thinking right now that's how we're going to
 9        do it.  I'm all in.  You're all in.  Let's
10        dominate.
11            We're going to grow the broker channel.
12        We're going to grow every single loan officer.
13        Watch us.  We're going to win together.  I'm
14        excited to do it with you as a family.  Have a
15        great day.
16            (End of Facebook Live video.)
17
18
19
20
21
22
23
24
25
```

1                    CERTIFICATE OF REPORTER

2

3            I, MARY ANN COLLIER, Court Reporter, do

4      hereby certify that I was authorized to and did

5      stenographically transcribe the Facebook Live video,

6      and that the transcript is a true and complete record

7      of my stenographic notes of said Facebook Live video.

8

9            DATED this 16th day of June 2021.

10

11

12                _Mary Ann Collier_
                  MARY ANN COLLIER

13

14

15

16

17

18

19

20

21

22

23

24

25