## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

THE OKAVAGE GROUP, LLC, on
behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                             Case No. 3:21-cv-448-BJD-LLL

UNITED WHOLESALE
MORTGAGE, LLC and MATHEW
ISHBIA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. On August 23, 2021, the Court entered a Case Management and Scheduling Order (Doc. 44) directing the parties to select a court-approved mediator, who is acceptable to both parties and inform the Court of the Mediator's name, address and telephone number no later than February 1, 2023. See Case Management and Scheduling Order (Doc. 44). As of today's date, the parties have failed to inform the Court of their mediator selection.

Accordingly, it is **ORDERED**:

On or before **April 7, 2023**, the parties shall file a notice of mediator selection which includes the address and telephone number of that mediator.

The parties are cautioned that failure to respond to this order may result in **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 30th day of March, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties