UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE OKAVAGE GROUP, LLC, on
behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                          CASE NO.: 3:21-cv-448-BJD-LLL

UNITED WHOLESALE
MORTGAGE, LLC and MATHEW
ISHBIA,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

COMES NOW, Plaintiff, THE OKAVAGE GROUP, LLC, by and through the undersigned counsel, pursuant to the Court's Case Management and Scheduling Order and Referral to Mediation (Doc. 44), entered on August 23, 2021, and the Court's Order (Doc. 82), entered on March 31, 2023, hereby provides Notice of Mediator Selection in the above-styled cause, and in support thereof, states the following:

1.    Plaintiff, THE OKAVAGE GROUP, LLC, and Defendants, UNITED WHOLESALE MORTGAGE, LLC, and MATHEW ISHBIA, have agreed to utilize James L. Nulman, Esq., Certified U.S. District Court

Mediator, Middle District of Florida, of Nulman Mediation Services, Inc., 14422 Shoreside Way, Suite 110-PMB 515, Winter Garden, Florida 34787.

2. The Parties will coordinate Mediation to take place prior to the Mediation deadline of September 01, 2023, pursuant to the Court' Case Management and Scheduling Order and Referral to mediation (Doc. 44), entered on August 23, 2021.

Respectfully Submitted,

**PARRISH & GOODMAN, PLLC**

*/s/ Robert H. Goodman, Esq.*
ROBERT H. GOODMAN, ESQ.
FBN: 1008059
JOSEPH E. PARRISH, ESQ.
FBN" 690058
Parrish & Goodman, PLLC
13031 McGregor Blvd., STE 8
Fort Myers, FL 33919
Phone: (813) 643-4529
Facsimile: (813) 315-6535
rgoodman@parrishgoodman.com
jparrish@parrishgoodman.com
kcumbee@parrishgoodman.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing document has been filed electronically with the Clerk of Court and served electronically via CM/ECF portal on this 7th day of April, 2023, to:

**GLEN E. GOLDSTEIN, ESQ.**
FBN: 435260

**SABRINA D. NIEWIALKOUSKI, ESQ.**
FBN: 0123630
GREENBERG TRAURIG, P.A.
401 East Las Olas Blvd., STE 2000
Fort Lauderdale, FL 33301
Phone: (954) 765-0500
Facsimile: (954) 765-1477
goldsteing@gtlaw.com
depasqualem@gtlaw.com
flservice@gtlaw.com
niewialkouskis@gtlaw.com
anastaiya.karant@gtlaw.com
*Counsel for Defendants*

         */s/ Robert H. Goodman, Esq.*
         Counsel for Plaintiff