UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE OKAVAGE GROUP, LLC, on
behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                                CASE NO.: 3:21-cv-448-BJD-LLL

UNITED WHOLESALE
MORTGAGE, LLC and MATHEW
ISHBIA,

    Defendants.
_____/

## EXPEDITED JOINT MOTION FOR LEAVE OF COURT TO ATTEND MEDIATION REMOTELY VIA ZOOM, OR IN THE ALTERNATIVE, TO EXTEND MEDIATION DEADLINE DUE TO HURRICANE IDALIA

COMES NOW, Plaintiff, THE OKAVAGE GROUP, LLC, and Defendant(s), UNITED WHOLESALE MORTGAGE, LLC, and MATTHEW ISHBIA, by and through their respective counsel, hereby file their Expedited Joint Motion for Leave of Court to Attend Mediation Remotely via Zoom in the above-styled cause, and in support thereof, states as follows:

    1.    The parties agreed to utilize mediator James L. Nulman, Esq., Certified U.S. District Court Mediator, Middle District of Florida, of Nulman Mediation Services.

    2.    On April 07, 2023, Plaintiff filed their Notice of Mediator Selection.

Page **1** of 4

3. On April 12, 2023, the Court issued an Order Appointing Mediator.

4. On May 08, 2023, Plaintiff filed their Notice of Mediation.

5. On May 10, 2023, the Court issued an Endorsed Order advising the parties that the Court will require all parties to appear in person for mediation absent leave of Court to attend mediation by Zoom or similar platform.

6. The mediation is set to take place in person on August 30, 2023 in Orlando, Florida.

7. Tropical Storm/Hurricane Idalia is expected to hit Florida at the times the Parties and their Respective Counsel will be travelling to attend the mediation in person.

8. Specifically, Defendants and their representatives will be traveling from Michigan to attend mediation.

9. Counsel for Defendants will be traveling from Fort Lauderdale, Florida to attend the mediation.

10. Plaintiff will be travelling from St. Augustine, Florida to attend mediation.

11. Counsel for Plaintiff will be travelling up the west coast of Florida from Fort Myers, Florida.

12. As such, the Parties respectfully request that this Court allow the parties to attend mediation remotely via Zoom, or in the alternative, extend

the mediation deadline (currently September 1, 2023) by 30 days so that the parties can reschedule the mediation scheduled for this Wednesday, August 30, 2023.

13. Counsel for Defendant has no objection to attending mediation remotely, or in the alternative, extending the mediation deadline by 30 days so that in person mediation can be rescheduled.

14. Good cause exists for the parties to attend mediation remotely, or in the alternative, to extend the mediation deadline.

15. Additionally, the Parties respectfully request that due to the impending mediation scheduled for two days from the date this motion, the Court rule on this motion on an expedited basis.

WHEREFORE, Plaintiff, THE OKAVAGE GROUP, LLC, and Defendant(s), UNITED WHOLESALE MORTGAGE, LLC, and MATTHEW ISHBIA, respectfully request that this Honorable Court enter an Order granting the foregoing Joint Motion for Leave of Court to Attend Mediation Remotely via Zoom, or in the Alternative, Extend The Mediation Deadline Due to Hurricane Idalia and any other relief this Honorable Court deems just and proper.

Respectfully Submitted,

**PARRISH & GOODMAN, PLLC**

*/s/ Robert H. Goodman, Esq.*

ROBERT H. GOODMAN, ESQ.
FBN: 1008059
JOSEPH E. PARRISH, ESQ.
FBN" 690058
Parrish & Goodman, PLLC
13031 McGregor Blvd., STE 8
Fort Myers, FL 33919
Phone: (813) 643-4529
Facsimile: (813) 315-6535
rgoodman@parrishgoodman.com
jparrish@parrishgoodman.com
kcumbee@parrishgoodman.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing document has been filed electronically with the Clerk of Court and served electronically via CM/ECF portal on this 28th day of August, 2023, to:

**GLENN E. GOLDSTEIN, ESQ.**
FBN: 435260
**SABRINA D. NIEWIALKOUSKI, ESQ.**
FBN: 0123630
GREENBERG TRAURIG, P.A.
401 East Las Olas Blvd., STE 2000
Fort Lauderdale, FL 33301
Phone: (954) 765-0500
Facsimile: (954) 765-1477
goldsteing@gtlaw.com
geistc@gtlaw.com
flservice@gtlaw.com
niewialkouskis@gtlaw.com
jennifer.shiner@gtlaw.com
*Counsel for Defendants*

*/s/ Robert H. Goodman, Esq.*
Counsel for Plaintiff