In the United States District
Court for the Middle District
of Florida – Jacksonville Division

Case No. 3:21-cv-448-BJD-LLL

The Okavage Group, LLC,
Plaintiff,

vs.

United Wholesale Mortgage, LLC
and Mathew Ishbia,
Defendants.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's order requiring that this matter be mediated, a mediation conference was held on August 30, 2023, and the results of that conference are indicated below:

_____   The parties reached an agreement.

_____   The mediation was continued and will be rescheduled.

__X__   No agreement was reached.

Done this 30th day of August, 2023, in Winter Garden, Florida.

Nulman Mediation Services, Inc.
14422 Shoreside Way
Ste. 110 – PMB 515
Winter Garden, FL 34787
407.592.0215
jim@nulmanmediation.com

By: /s/ James L. Nulman_____
James L. Nulman, Mediator

Copies to:
All counsel of
record via CM/ECF