UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE OKAVAGE GROUP, LLC,
on behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                          Case No. 3:21-cv-00448-BJD-JRK

UNITED WHOLESALE MORTGAGE,
LLC and MATHEW ISHBIA,
Individually,

    Defendants.
_____/

## JOINT MOTION TO STAY REMAINING CASE MANAGEMENT AND SCHEDULING DEADLINES

Plaintiff The Okavage Group, LLC ("**Plaintiff**") and Defendants United Wholesale Mortgage, LLC and Mathew Ishbia (collectively "**Defendants**" and, with Plaintiff, "**Parties**"), pursuant to Fed. R. Civ. P. 16(b)(4), jointly move for good cause shown to stay all current case management deadlines in this case to a date to be determined, and in support state:

1. The Court's Case Management and Scheduling Order and Referral to Mediation ("**Scheduling Order**") currently contains the following deadlines ("**Deadlines**"):

ACTIVE 692287821v3

| | |
|---|---|
| Mandatory Initial Disclosures: | October 29, 2021 |
| Add Parties/Amend Pleadings: | January 10, 2022 |
| Plaintiff's Expert Disclosure: | June 15, 2022 |
| Defendant's Expert Disclosure: | July 15, 2022 |
| Rebuttal Expert Disclosure: | August 11, 2022 |
| Deadline to Move for Class Certification: | August 31, 2022 |
| Discovery Deadline: | January 13, 2023 |
| Mediation Deadline: | September 1, 2023 |
| Dispositive and *Daubert* Motions: | July 3, 2023 |
| Motions *in Limine*: | January 10, 2024 |
| Responses to Motions *in Limine*: | January 17, 2024 |
| All Other Motions: | January 17, 2024 |
| Joint Final Pretrial Statement: | January 17, 2024 |
| Final Pretrial Conference: | January 24, 2024 |
| Trial Term Begins: | February 5, 2024 |

2. On September 30, 2021, the Court stayed discovery pending further order.[1] [ECF No. 51]. Discovery remains stayed. Further, Defendants' Motion to Dismiss Plaintiff's Supplemental Class Action Complaint remains pending.[2] [ECF No. 102]. The case is thus not at issue, and discovery has not yet commenced.

3. Federal Rule of Civil Procedure 16(b)(4) permits the Court to amend the Deadlines in the Scheduling Order for good cause shown. The Parties believe the expiration of any of these deadlines, and the holding of a Final Pretrial Conference on January 24, 2024, would be premature and would

---

[1] "ENDORSED ORDER: 47 Defendants' Motion to Stay Discovery is GRANTED. Discovery in this case is stayed pending further order of this case." The Court also denied Plaintiff's request to take jurisdictional discovery. [ECF No. 62].

[2] This is the fourth motion to dismiss. [ECF Nos. 16, 46, 73, 102].

prejudice all Parties because discovery has been stayed for more than two years and the case is not at issue.

4. Accordingly, the Parties jointly request the Court postpone the Final Pretrial Conference and stay all current case management deadlines until the Court's disposition of Defendants' Motion to Dismiss Supplemental Class Action Complaint. Upon such disposition, if necessary, the Parties request thirty (30) days to meet and confer on a new proposed scheduling order.

**WHEREFORE**, the Parties respectfully jointly request that the Court (i) stay all pending deadlines, including motions *in limine* and the Joint Final Pretrial Statement, until Defendants' Motion to Dismiss Supplemental Class Action Complaint is ruled upon; (ii) postpone the Final Pretrial Conference; and (iii) if necessary, order the parties to meet and confer as to an amended scheduling order within thirty (30) days of the Court's ruling on Defendants' Motion to Dismiss Supplemental Class Action Complaint.

Date: December 19, 2023

Respectfully Submitted,

| | |
|---|---|
| **PARRISH & GOODMAN, PLLC** | **GREENBERG TRAURIG, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 13031 McGregor Blvd., Suite 8 | 401 E. Las Olas Blvd., Suite 2000 |
| Fort Myers, FL 33919 | Fort Lauderdale, FL 33301 |
| Tel:   813.643.4529 | Tel:   954.765.0500 |
| Fax:  813.315.6535 | Fax:  954.765.1477 |
| */s/ Robert H. Goodman* | */s/ Glenn E. Goldstein* |
| **Robert H. Goodman** | **Glenn E. Goldstein** |
| Fla. Bar No. 1008059 | Fla. Bar No. 435260 |
| rgoodman@parrishgoodman.com | goldsteing@gtlaw.com |
| admin@parrishgoodman.com | geistc@gtlaw.com |
| **Joseph E. Parrish** | **Sabrina D. Niewialkouski** |
| Fla. Bar No. 690058 | Fla. Bar No. 0123630 |
| jparrish@parrishgoodman.com | niewialkouskis@gtlaw.com |
| admin@parrishgoodman.com | jennifer.shiner@gtlaw.com |
| | flservice@gtlaw.com |